**No. 54548.**—B. R. Anderson & Co. et al. *v.* United States, protests 69136–K, etc. (Seattle and San Francisco).

Opinion by RAO, J.    The protests were dismissed.

**No. 54549.**—Weil Bros. Textiles, Inc. *v.* United States, protest 137241–K (New York).

Opinion by RAO, J.    The protest was dismissed.

**No. 54550.**—Bunge Corporation et al. *v.* United States, protests 151893–K, etc. (New York).

Opinion by RAO, J.    The protests were dismissed.

**No. 54551.**—The University of Chicago *v.* United States, protest 153177–K (New York).

Opinion by RAO, J.    The protest was dismissed.